443 F.2d 362
 Van SIGGERS et al., Plaintiffs-Appellants,
v.
Joe MANUES et al., Defendants-Appellees.
 No. 30911.
 United States Court of Appeals, Fifth Circuit.
 June 10, 1971.
 
 Robert J. Kelly, Batesville, Miss., for plaintiffs-appellants.
 John W. Dulaney, Jr., Tunica, Miss., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of Mississippi; William C. Keady, Chief Judge.
 Before GEWIN, BELL and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966